IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

RICK WILLIAM JOHNSON, #1882322 §
§
§
VS. § CIVIL ACTION NO. 4:14cv215
§ *Consolidated with* 4:15cv85, 4:15cv86
§ 4:15cv87, 4:15cv88, and 4:15cv89
DIRECTOR, TDCJ-CID §

## ORDER OF DISMISSAL

The above-entitled and numbered civil actions were referred to United States Magistrate

Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which

contains proposed findings of fact and recommendations for the disposition of such actions, has been

presented for consideration. No objections have been timely filed. The Court concludes that the

findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and

conclusions of the Court. It is therefore

ORDERED that the petitions for writ of habeas corpus are **DENIED** and the cases are

**DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further

ORDERED that all motions by either party not previously ruled on are hereby **DENIED**.

 **SIGNED this 29th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE